

225 Broadway, Suite 1902
New York, New York 10007

t. (212) 285-1400
f. (212) 285-1410

www.afjlaw.com

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
10/3/2022

**Arthur Z. Schwartz**
Principal Attorney

aschwartz@afjlaw.com

September 30, 2022

BY ECF

Hon. Ronnie Abrams
United States District Court
40 Foley Square
New York, NY 10007

      Re:    Bergnes v. NYS Unified Court System
               22 Civ 4298 (RA)
               <u>Nunc Pro Tunc Request Re Plaintiff's Time to File Amended Complaint</u>

Dear Judge Abrams:

      We wrote to the Court last Friday seeking until September 27, 2022 to file Plaintiffs' First Amended Complaint, because we had an organizational plaintiff being added which needed The approval of its Board of Directors to proceed. We learned on September 27, 2022 that its Board of Directors declined to join the lawsuit. We sought out, and found another organizational Plaintiff, New York Communities for Change, whose Board agreed to proceed today. We have filed the First Amended Complaint, which has the new Plaintiff in place or the one we had in the draft First Amended Complaint attached to our correspondence last week. We have filed that First Amended Complaint.

      We request, *nunc pro tunc*, permission to file the First Amended Complaint earlier today.

      Your consideration is appreciated.

                            Respectfully submitted,

                            /s/ *Arthur Z. Schwartz*

                            Arthur Z. Schwartz

cc:    All Counsel by ECF