UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NEW YORK COMMUNITIES FOR CHANGE, on behalf of Spanish and other Foreign Language Speaking Court Users and Potential Court Users, and LINDA BERGNES, et al.,

            Plaintiffs,

v.

NEW YORK STATE UNIFIED COURT SYSTEM/OFFICE OF COURT ADMINISTRATION,

            Defendant.

No. 22-cv-4298 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

Oral argument on Defendant New York State Unified Court System/Office of Court Administration's motion to dismiss shall be held on June 8, 2023 at 12:00 p.m. in Courtroom 1506 of the Thurgood Marshall Courthouse at 40 Foley Square.

In addition, no later than May 26, 2023, the parties shall each submit a letter brief, no longer than three pages in length, addressing whether Plaintiffs' claims are barred by Eleventh Amendment sovereign immunity.

SO ORDERED.

Dated:    May 18, 2023
            New York, New York

_____
Ronnie Abrams
United States District Judge