UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NEW YORK COMMUNITIES FOR CHANGE, on behalf of Spanish and other Foreign Language Speaking Court Users and Potential Court Users, and LINDA BERGNES, et al.,

     Plaintiffs,

v.

NEW YORK STATE UNIFIED COURT SYSTEM/OFFICE OF COURT ADMINISTRATION,

     Defendant.

No. 22-cv-4298 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

  Due to a scheduling conflict, oral argument on Defendant New York State Unified Court System/Office of Court Administration's motion to dismiss is hereby rescheduled to June 12, 2023 at 4:30 p.m. in Courtroom 1506 of the Thurgood Marshall Courthouse at 40 Foley Square.

SO ORDERED.

Dated:  June 2, 2023
     New York, New York

                   Ronnie Abrams
                   United States District Judge