UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NEW YORK COMMUNITIES FOR CHANGE, on behalf of Spanish and other Foreign Language Speaking Court Users and Potential Court Users, and LINDA BERGNES, et al.,

                Plaintiffs,

v.

NEW YORK STATE UNIFIED COURT SYSTEM/OFFICE OF COURT ADMINISTRATION,

                Defendant.

No. 22-cv-4298 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      Oral argument on Defendant New York State Unified Court System/Office of Court Administration's motion to dismiss is adjourned until June 26, 2023 at 11:00 a.m. in Courtroom 1506 of the Thurgood Marshall Courthouse at 40 Foley Square.

SO ORDERED.

Dated:    June 20, 2023
           New York, New York

                                        Ronnie Abrams
                                        United States District Judge