**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
NEW YORK COMMUNITIES FOR CHANGE
and LINDA BERGNES, et al.,

                          Plaintiffs,

      -against-                                        22 **CIVIL** 4298 (RA)

                                                                   **JUDGMENT**

JOSEPH A. ZAYAS and CAROLYN
GRIMALDI,

                        Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion & Order dated August 12, 2024, Defendants' motion to dismiss the Second Amended Complaint is granted; accordingly, the case is closed.

**Dated:**  New York, New York

      August 13, 2024

                                                          **DANIEL ORTIZ**
                                                          **Acting Clerk of Court**
                                   **BY:**     *K. Mango*
                                                            **Deputy Clerk**